# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PAUL REED, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:25-cv-02431-SHL-atc |
| | ) |
| FEDEX SUPPLY CHAIN, | ) |
| Defendant. | ) |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 21st day of April, 2025.

                                                          s/ Sheryl H. Lipman
                                                           SHERYL H. LIPMAN
                                                           CHIEF UNITED STATES DISTRICT JUDGE